Jason D. Haymore (No. 13236)
Katelin B. Gines (No. 17218)
Brandon Sipherd (No. 17910)
PEARSON | BUTLER
1802 W. South Jordan Parkway, Suite 200
South Jordan, UT 84095
Telephone: 801-495-4104
JasonH@pearsonbulter.com
katelin@pearsonbutler.com
brandon@pearsonbutler.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| JEREMY WATTS-KLEIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MVW US Services, LLC, a limited liability company,<br><br>Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL**<br><br>Case No. 2:19-cv-00872–JNP-JCB<br><br>Honorable Judge Jill N. Parrish<br>Honorable Magistrate Judge Jared C. Bennett |

PLEASE TAKE NOTICE that that Brandon Sipherd of the law firm Pearson Butler, LLC hereby withdraws as counsel of record for Plaintiff Jeremey Watts-Klein.

On November 29, 2021, Defendant filed a Motion for Summary Judgment. Defendant filed a Notice to Submit on February 28, 2022. The Court has not yet scheduled a hearing on Defendant's Motions to Dismiss. No certificate of readiness for trial has been filed.

Jason D. Haymore and Katelin B. Gines of the law firm Pearson Butler, LLC will remain as counsel for Plaintiff.

DATED this 28th day of April, 2022.

                                                      PEARSON BUTLER, PLLC

                                                      */s/ Brandon Sipherd*
                                                      BRANDON SIPHERD
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, do certify that on this 28th day of April, 2022, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL to be e-filed and notice to be served upon the following:

Scott A. Hagen
Katherine B. Benson
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84145
Telephone: 801-532-1500
shagen@rqn.com
kbenson@rqn.com


PEARSON BUTLER, LLC

*/s/ Brandon Sipherd*
Brandon Sipherd
Attorney for Plaintiff